# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| XAS TRAVEL & TRAINING, LTD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No.: 4:19-cv-00673-ALM-KPJ |
| | § | |
| WORLDVENTURES MARKETING, LLC, | § | |
| and WORLDVENTURES HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 26, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #16) that Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. #14) be granted and Plaintiff's Complaint be dismissed with prejudice. Plaintiff did not file a response to Defendants' Motion to Dismiss within the appropriate response deadline (November 18, 2019), even after being directed by the Court to file a response, if any, before December 13, 2019 (Dkt. #15).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. #14) is **GRANTED**.

Therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.
 **SIGNED this 20th day of January, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE